UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELENA C. GIARRATANO,

    Plaintiff,

vs.                                                                           Case No. 8:11-cv-178-T-27AEP

GRADY JUDD,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation (Dkt. 8) submitted by the Magistrate Judge, which recommends that Plaintiff's motion to proceed *in forma pauperis* (Dkt. 2) be denied. Neither party has filed objections to the Report and Recommendation, and the time to do so has passed. After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Report and Recommendation (Dkt. 8) is adopted, confirmed, and approved in all respects and is made part of this order for all purposes, including appellate review.

    1)     The motion to proceed *in forma pauperis* (Dkt. 2) is DENIED.

    2)     This cause is dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).

    3)     The Clerk is directed to CLOSE this case.

**DONE AND ORDERED** this 18th day of July, 2011.

                                                    JAMES D. WHITTEMORE
                                                    United States District Judge

Copies to:
Unrepresented parties